UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDNA TAJONERA, et al.**  CIVIL ACTION

**VERSUS**  NO. 13-0366
c/w 13-0550, 13-5137, 13-2496, 13-5508, 13-6022, 13-6099, 13-6413, and 14-374

**BLACK ELK ENERGY OFFSHORE OPERATIONS, L.L.C., et al.**  SECTION: "G"(5)

### ORDER

On February 25, 2015, the Court granted the United States of America's request[1] to expedite hearing of its "Motion to Intervene."[2] The Court ordered that any memoranda in opposition to the motion to intervene must be filed into the record by noon on February 27, 2015, and set the motion for hearing on February 27, 2015 at 3:00 p.m.[3] To clarify the Court's previous order, the motion is set for hearing **on the briefs** on February 27, 2015; oral argument was neither requested nor ordered.

**NEW ORLEANS, LOUISIANA**, this 26th day of February, 2015.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 605.

[2] Rec. Doc. 603.

[3] Rec. Doc. 607.