## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**EDNA TAJONERA, et al.**                     **CIVIL ACTION**

**VERSUS**                                    **NO. 13-0366**
                                              **c/w 13-0550, 13-5137, 13-2496,**
                                              **13-5508, 13-6022, 13-6099, 13-**
                                              **6413, and 14-374**

**BLACK ELK ENERGY OFFSHORE OPERATIONS,**     **SECTION: "G"(5)**
**L.L.C., et al.**

### ORDER

The Court is in receipt of Grand Isle Shipyards, Inc.'s Request for Oral Argument[1] in connection with its Motion for Appeal/Review of Magistrate Judge Decision.[2]   After a review of the briefings, the Court finds that it has sufficient information to determine the motion and that oral argument on this motion is unnecessary.  Accordingly,

**IT IS ORDERED** that Grand Isle Shipyards, Inc.'s Request for Oral Argument is **DENIED**.

**NEW ORLEANS, LOUISIANA**, this __25th___ day of March, 2015.


                                  _Nannette Jolivette Brown_
                                  **NANNETTE JOLIVETTE BROWN**
                                  **UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 646.

[2] Rec. Doc. 645.