UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDNA TAJONERA, <u>ET</u> <u>AL</u>. | CIVIL ACTION |
| VERSUS | NUMBER: 13-0366 |
| | AND CON. CASES |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC, <u>ET</u> <u>AL</u>. | SECTION: "G"(5) |
| | **Pertains to: 13-5508** |

## ORDER SCHEDULING SETTLEMENT CONFERENCE

A settlement conference in the above matter is hereby **SCHEDULED** for April 13, 2015 at 10:00 a.m. before Magistrate Judge Michael B. North, Room B347, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana.

The parties shall be prepared to enter into meaningful and good-faith settlement negotiations at the conference. Any party appearing without authority to negotiate, or without the ability to contact a client with ultimate settlement authority readily throughout the settlement conference, may be sanctioned.

**Counsel for Plaintiffs** shall provide, in confidence, a concise settlement memorandum, which shall include a brief description of (1) any liability disputes, (2) the key evidence the party expects to produce at trial, (3) the damages at issue in the case, (4) the party's settlement position and (5) any other special issues that may have a material bearing upon settlement discussions (*e.g.,* outstanding liens, particularly contentious litigation history, etc.). This memorandum shall be submitted **at least two (2) full business days before the conference.** The memorandum shall include the case number,

case name, and be no longer than five pages double-spaced.  The memorandum shall be emailed directly to: **efile-north@laed.uscourts.gov**.  The email subject line should read**:** **"Settlement Position Paper for [case number] on [date of conference]."**  Do not mail hard copies of the settlement memorandum to chambers.

**Counsel for Defendants** may provide position papers on behalf of their respective clients discussing any matter germane to these particular plaintiffs' claims.  As the defendants previously submitted substantial memoranda on issues of liability generally, no additional similar submissions are required.

It is the duty of the plaintiff(s) to notify this Court if trial is continued or if this case is settled or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

**Prior to the conference, the plaintiff(s) is/are to have made a settlement demand and the defendant(s) is/are to have responded to that demand.**

New Orleans, Louisiana, this __7th__ day of _____ April _____, 2015.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

[A photo ID is required to enter the Courthouse.]