UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDNA TAJONERA, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 13-0366 AND CON. CASES |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC, ET AL. | SECTION: "G"(5) |

**ORDER**

The Court's order scheduling the settlement conference in this matter (rec. doc. 656) is clarified to indicate that the conference pertains to the claims of the Tajonera/Corporal and Tamayo/Ilagan Plaintiffs only.

New Orleans, Louisiana, this 7th day of April, 2015.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE