UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDNA TAJONERA, INDIVIDUALLY ON BEHALF OF THE ESTATE OF AVELINO TAJONERA, DECEASED AND AS NEXT FRIEND OF MAVERICK TAJONERA AND EDRIAN TAJONERA, MINOR CHILDREN, and JADE TAJONERA | * * * * * * * * * | CIVIL ACTION: 13-0366, c/w 13-0550, 13-2496, 13-5137, 13-5508, 13-6022, 13-6099, 13-6413, 14-0374, 14-1714<br><br>JUDGE NANETTE JOLIVETTE "G" |
| VERSUS | * * * | MAGISTRATE MICHAEL B. NORTH (5) |
| BLACK ELK ENERGY OFFSHORE OPERATIONS, LLC. | * * * | |
| Applies to: All cases | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EXPARTE MOTION FOR LEAVE FOR CO-COUNSEL TO ATTEND PRELIMINARY PRE-TRIAL CONFERENCE SCHEUDLED FOR NOVEMBER 5, 2015

**NOW INTO COURT,** through undersigned counsel, comes Grand Isle Shipyard, Inc. ("GIS"), who, on suggesting to the Court that a Preliminary Pre-Trial Conference is scheduled for Thursday, November 5, 2015 at 3:00 p.m.; that Robert S. Reich is primary trial counsel for GIS but has a scheduling conflict; Mr. Reich is expected to attend a Jury Trial on Thursday, November 5, 2015 at 11:00 a.m. regarding *"State of Louisiana, Department of Transportation & Development v. Acadian Properties Northshore, L.L.C."* pending in the 22nd Judicial District Court for the Parish of St. Tammany, bearing Civil Action No. 2013-12755. The attendance of this Jury Trial will preclude Mr. Reich's attendance at said Preliminary Pre-Trial Conference and on further suggesting that Lawrence R. Plunkett, Jr. is co-counsel of record for GIS and he is fully informed and involved in this case and is prepared to attend the Preliminary Pre-Trial

Conference on behalf of GIS, respectfully moves that an Order be entered allowing Mr. Plunkett to attend the Preliminary Pre-Trial Conference in the place of Robert S. Reich.

**Respectfully Submitted,**

**REICH, ALBUM & PLUNKETT, L.L.C.**

　　*/s/ Robert S. Reich*
**ROBERT S. REICH, T.A. (#11163)**
**LAWRENCE R. PLUNKETT (#19739)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, LA 70002
Telephone: (504)830-3999
Facsimile: (504)830-3950
Email:  rreich@rapllclaw.com
　　　　lplunkett@rapllclaw.com
**Attorneys for Grand Isle Shipyard, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are authorized to receive electronic service on this 4th day of November, 2015.

　　　　*/s/ Robert S. Reich*
**ROBERT S. REICH**